## ORDER

PER CURIAM:

Direct appeal from a judgment denying post-conviction relief sought pursuant to Rule 29.15.

Judgment affirmed. Rule 84.16(b).

action, in violation of § 571.015.1, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 29.15.

Judgment affirmed. Rule 84.16(b).

---

**STATE of Missouri, Respondent,**

v.

**Leon GUNN, Appellant.**

**Leon GUNN, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40168.**

Missouri Court of Appeals,
Western District.

Oct. 23, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 1990.

Application to Transfer Denied
Jan. 9, 1991.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from jury convictions for murder, first degree, in violation of § 565.020.1, RSMo 1986 and armed criminal

**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Douglas WEEMS, Defendant/Appellant.**

**No. 57150.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 23, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Dec. 5, 1990.

Application to Transfer Denied
Jan. 9, 1991.

